**Copyrights-In-Suit for IP Address 98.210.99.78**

**ISP:** Comcast Cable
**Location:** Fremont, CA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/14/2015 |
| First Lesbian Experience | PA0001947093 | 06/05/2015 | 06/16/2015 | 06/24/2015 |
| Seize The Moment | PA0001949371 | 06/20/2015 | 07/01/2015 | 06/22/2015 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 05/31/2015 |
| Hippie Chic | PA0001946189 | 05/29/2015 | 06/16/2015 | 05/31/2015 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 05/21/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 05/21/2015 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 05/21/2015 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/21/2015 |
| Best Friends With Benefits | PA0001935102 | 03/07/2015 | 03/11/2015 | 05/21/2015 |
| Little Play Thing | PA0001940597 | 04/10/2015 | 04/20/2015 | 05/21/2015 |
| Take Your Picture | PA0001942863 | 05/09/2015 | 05/15/2015 | 05/11/2015 |
| A Sexy Lazy Afternoon | PA0001941281 | 04/20/2015 | 04/27/2015 | 04/22/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 04/02/2015 |
| UnBREElievable | PA0001938830 | 03/28/2015 | 04/06/2015 | 03/30/2015 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 03/15/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 03/15/2015 |
| Selfie Love | PA0001935106 | 03/09/2015 | 03/11/2015 | 03/09/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 02/09/2015 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 12/22/2014 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 12/22/2014 |

EXHIBIT B

NCA72

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Forever You Part #1 | PA0001923965 | 11/23/2014 | 12/08/2014 | 11/30/2014 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 11/26/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/20/2014 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 10/08/2014 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 10/08/2014 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 10/08/2014 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 10/08/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/08/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 10/08/2014 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 09/29/2014 |
| Fun For Three | PA0001914731 | 09/19/2014 | 09/22/2014 | 09/22/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 09/22/2014 |
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 09/15/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 09/15/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/02/2014 |
| In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 08/04/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/04/2014 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 07/28/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/13/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/09/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/27/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 42**