# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.189.153.10,<br><br>    Defendant. | Case No. 15-cv-04195-WHA<br><br>**ORDER REASSIGNING CASES** |

*THIS DOCUMENT ALSO RELATES TO:*

*C-15-4108 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4109 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4110 JSC Malibu Media LLC v. John Doe Subscriber*
*C-15-4112 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4153 JSC Malibu Media LLC v. John Doe Subscriber*
*C-15-4156 SC Malibu Media LLC v. John Doe Subscriber*
*C-15-4158 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4161 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4162 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4163 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4164 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4165 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4167 JSC Malibu Media LLC v. John Doe Subscriber*
*C-15-4168 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4170 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4172 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4173 SC Malibu Media LLC v. John Doe Subscriber*
*C-15-4174 SK Malibu Media LLC v. John Doe Subscriber*
*C-15-4175 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4177 HSG Malibu Media LLC v. John Doe Subscriber*
*C-15-4211 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4242 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4245 MMC Malibu Media LLC v. John Doe Subscriber*
*C-15-4246 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4248 JSC Malibu Media LLC v. John Doe Subscriber*
*C-15-4281 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4286 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4291 JCS Malibu Media LLC v. John Doe Subscriber*

*C-15-4292 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4293 EDL Malibu Media LLC v. John Doe Subscriber*
*C-15-4433 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4436 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4440 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4151 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4159 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4160 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4166 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4169 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4247 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4280 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4283 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4284 JSW Malibu Media LLC v. John Doe Subscriber*
*C-15-4288 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4290 PJH Malibu Media LLC v. John Doe Subscriber*
*C-15-4294 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4430 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4431 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4432 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4434 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4435 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4437 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4438 JCS Malibu Media LLC v. John Doe Subscriber*
*C-15-4439 KAW Malibu Media LLC v. John Doe Subscriber*
*C-15-4441 MEJ Malibu Media LLC v. John Doe Subscriber*
*C-15-4442 DMR Malibu Media LLC v. John Doe Subscriber*
*C-15-4443 LB Malibu Media LLC v. John Doe Subscriber*
*C-15-4088 PSG Malibu Media LLC v. John Doe Subscriber*
*C-15-4111 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4150 HRL Malibu Media LLC v. John Doe Subscriber*
*C-15-4152 RMW Malibu Media LLC v. John Doe Subscriber*
*C-15-4154 BLF Malibu Media LLC v. John Doe Subscriber*
*C-15-4155 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4157 HRL Malibu Media LLC v. John Doe Subscriber*
*C-15-4171 PSG Malibu Media LLC v. John Doe Subscriber*
*C-15-4176 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4178 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4179 HRL Malibu Media LLC v. John Doe Subscriber*
*C-15-4194 PSG Malibu Media LLC v. John Doe Subscriber*
*C-15-4243 PSG Malibu Media LLC v. John Doe Subscriber*
*C-15-4244 NC Malibu Media LLC v. John Doe Subscriber*
*C-15-4287 HRL Malibu Media LLC v. John Doe Subscriber*
*C-15-4289 NC Malibu Media LLC v. John Doe Subscriber*

1   The Executive Committee has determined that these cases, although not technically
2 related within the meaning of Civil Local Rule 3-12, should be assigned to one judge in the
3 interest of avoiding duplication of effort and conserving judicial resources and to enable efficient
4 case management.
5   Accordingly, the above-captioned cases are hereby REASSIGNED to the Honorable William
6 Alsup in the San Francisco Division.  Any similar cases filed by the same plaintiff against a
7 subscriber within one year of the date of this order shall also be assigned to Judge Alsup.

9   **IT IS SO ORDERED.**
10 Dated:  September 29, 2015

_____
PHYLLIS J. HAMILTON
Chief District Judge for the
Executive Committee