Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:15-cv-04443-WHA |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.210.99.78, | |
| Defendant. | |

On November 3, 2015, Plaintiff, Malibu Media, LLC ("Plaintiff") filed its Application for Leave to Serve a Third Party Subpoena on Defendant's Internet Service Provider ("ISP"). Plaintiff's Motion was granted on November 8, 2015 [CM/ECF 11]. The Subpoena and a copy of the Court's Order were promptly delivered to the ISP. The ISP is due to comply by no later than December 28, 2015. Upon receiving a response from the ISP, Plaintiff will investigate the information provided, file an amended complaint with the Court, and send the appropriate documents out for service on Defendant. Plaintiff has up to, and including January 25, 2016 to effectuate service.

Dated: November 12, 2015

1

Status Report

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff