IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04443 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.21.99.78, | **ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

Plaintiff has moved to file the complaint, summons, and return of service under seal, with defendant's identifying information redacted, pursuant to this Court's order granting plaintiff's motion to serve a subpoena on Comcast. Plaintiff's motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 6** to effectuate service.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE