1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   *In re Malibu Media Copyright Litigation*          **ORDER CONTINUING CASE**
                                                        **MANAGEMENT CONFERENCE**
11
                                                        No. C 15-04108 WHA
12                                                      No. C 15-04112 WHA
                                                        No. C 15-04152 WHA
13                                                      No. C 15-04154 WHA
                                                        No. C 15-04159 WHA
14                                                      No. C 15-04160 WHA
                                                        No. C 15-04170 WHA
15                                                      No. C 15-04173 WHA
                                                        No. C 15-04174 WHA
16                                                      No. C 15-04175 WHA
                                                        No. C 15-04176 WHA
17                                                      No. C 15-04195 WHA
                                                        No. C 15-04243 WHA
18                                                      No. C 15-04244 WHA
                                                        No. C 15-04246 WHA
19                                                      No. C 15-04248 WHA
                                                        No. C 15-04280 WHA
20                                                      No. C 15-04287 WHA
                                                        No. C 15-04289 WHA
21                                                      No. C 15-04291 WHA
                                                        No. C 15-04430 WHA
22                                                      No. C 15-04441 WHA
                                                        No. C 15-04442 WHA
23                                                      No. C 15-04443 WHA
                                                        No. C 15-05383 WHA
24                                                      No. C 15-05384 WHA
                                                        No. C 15-05385 WHA
25                                                      No. C 15-05386 WHA
                                                        No. C 15-05387 WHA
26                                                      No. C 15-05388 WHA
                                                        No. C 15-05389 WHA
27                                                      No. C 15-05391 WHA
                                                        No. C 15-05394 WHA
28                                                      No. C 15-05395 WHA
                                                        No. C 15-05397 WHA
                                                        No. C 15-05398 WHA

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

No. C 15-05399 WHA
No. C 15-05400 WHA
No. C 15-05401 WHA
No. C 15-05402 WHA
No. C 15-05403 WHA
No. C 15-05404 WHA
No. C 15-05405 WHA
No. C 15-05406 WHA
No. C 15-05407 WHA
No. C 15-05408 WHA
No. C 15-05409 WHA
No. C 15-05410 WHA
No. C 15-05411 WHA
No. C 15-05412 WHA
No. C 15-05413 WHA

_____/

The case management conferences in the above-captioned matters scheduled for March 3 at 11:00 a.m. are hereby **CONTINUED** to **MARCH 10 AT 11:00 A.M.**  The parties shall please submit a joint case management statement **SEVEN CALENDAR DAYS** prior to the case management conference.

Dated:   February 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE