## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of CALIFORNIA

Case Number: 3:15-CV-04443-WHA

Plaintiff(s):
**MALIBU MEDIA, LLC**

vs.

Defendant(s):

For:
BRENNA EARLBAUM, ESQ.
HEIT ERLBRAUM LLP
6320 CANOGA VENUE
15TH FLOOR
WOODLAND HILLS, CA 91367

Received by Thomas Court Services on the 3rd day of February, 2016 at 2:18 pm to be served on '

I, ANTHONY KEVIN B. ANDRADA, do hereby affirm that on the 7th day of February, 2016 at 4:23 am, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the SUMMONS IN A CIVIL ACTION UNREDACTED; AMENDED COMPLAINT FOR JURY TRIAL; EXHIBITS A-B with the date and hour of service endorsed thereon by me, to:                    the address of
      and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 37,  Sex: M,  Race/Skin Color: ASIAN,  Height: 5'7",  Weight: 165,  Hair: BLACK,  Glasses: -

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

ANTHONY KEVIN B. ANDRADA
SANTA CLARA REG. 1511

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2016000088
Ref: NCA72-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n