IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.99.78,<br><br>    Defendant.<br>                                     / | No. C 15-04443 WHA<br><br>**ORDER GRANTING SEALING MOTIONS** |

Defendant seeks leave to file various documents containing his identifying information (Dkt. Nos. 20, 24). Defendant's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 11, 2016.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE