Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
6320 Canoga Ave., 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:15-cv-04443-WHA |
| Plaintiff, | **PLAINTIFF'S *UNOPPOSED* MOTION TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| [REDACTED], | |
| Defendant. | |

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel, files the instant *unopposed* motion to reschedule the hearing on Defendant [REDACTED]'s ("Defendant") Motion to Quash Service and Dismiss ("Defendant's Motion"), and states:

1. On February 29, 2016, Defendant filed Defendant's Motion, noticing a hearing for April 21, 2016 at 8:00 a.m. *See* CM/ECF 22 at p. 2.

2. Plaintiff has opposed Defendant's Motion, *see* CM/ECF 30, but Plaintiff's Counsel has a prior hearing scheduled for April 21, 2016.

3. Plaintiff's Counsel has conferred with Defense Counsel, requesting his consent to reschedule the hearing on Defendant's Motion for May 19, 2016 at 8:00 a.m., a date when Plaintiff's and Defendant's Counsel will already be in court for other case management conferences.

4. Defense Counsel has no opposition to this request, and has authorized Plaintiff's

1

Counsel to file the instant *unopposed* motion to reschedule.

5. The instant motion is brought in good faith to resolve a scheduling conflict, and not for any improper purpose.

WHEREFORE, Plaintiff, by and through Counsel, respectfully requests entry of an order rescheduling the hearing on Defendant's Motion to Quash Service and Dismiss for May 19, 2016 at 8:00 a.m.

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ

### CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Brenna Erlbaum*