IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04443 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.99.78, | **ORDER CONTINUING HEARING** |
| Defendant. | |

The hearing on defendant's motion to quash service and dismiss the action is scheduled for a hearing on April 21, 2016. Malibu Media has filed a motion to continue the hearing on that motion to May 19, 2016, which is the date of the further case management conferences in several actions brought by Malibu Media which involve the same counsel on both sides. Plaintiff's counsel aver that this motion is unopposed and that defense counsel authorized this motion. The hearing on the pending motion is hereby **CONTINUED** to **MAY 19 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE